UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 33845
  RICHARD ALEN SCHLABACH
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-0530
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/13/04 and confirmed on 11/19/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 17695.20 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KEY BANK | SECURED | 8550.00 | 1289.79 | 8550.00 |
| AMERICA FIRST PROPERTIES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 374.29 | .00 | 164.85 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1119.88 | .00 | 493.24 |
| HEIGHTS FINANCE CORP | UNSECURED | 3693.72 | .00 | 1626.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 585.46 | .00 | 257.86 |
| MERRICK BANK | UNSECURED | 1157.72 | .00 | 509.90 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1595.29 | .00 | 702.63 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| KEY BANK | UNSECURED | 518.10 | .00 | 228.19 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8550.00 | .00 | 9044.46 | .00 | 17594.46 |
| PRINCIPAL PAID | 8550.00 | .00 | 3983.52 | .00 | 12533.52 |
| INTEREST PAID | 1289.79 | .00 | .00 | .00 | 1289.79 |
| TOTAL PAID | 9839.79 | .00 | 3983.52 | .00 | 13823.31 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    756.69 .

Refunds to the Debtor totaled $    415.20 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/09/09 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 33845 RICHARD ALEN SCHLABACH